**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

United States District Court
Southern District of Texas

**ENTERED**

June 28, 2023

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal Action No. 5:23–cr–00801 |
| | § | |
| | § | |
| Jesus Erasmo Arellano–Hernandez | § | |

## SCHEDULING ORDER

1. **ARRAIGNMENT: July 5, 2023, 10:15 AM, by video before Magistrate Judge Christopher dos Santos.**
   If the defendant wishes to waive appearance at arraignment and enter a plea of not guilty, his counsel must complete the attached waiver and file it with the court using the ECF event titled "Waiver of Presence at Arraignment," **no later than 48 hours prior to the scheduled arraignment**. When the waiver is filed, the arraignment is automatically canceled and removed from the court's calendar.

2. **A. PRETRIAL MOTIONS due by July 17, 2023. Responses to motions are due no later than seven (7) days from the date of the motion's filing.**
   All pretrial motions must be filed by no later than this date and must comport with the Local Rules for the Southern District of Texas and the presiding judge's procedures. Discovery motions shall include a certificate of conference that the desired information has been requested from the AUSA and the request has been denied. Motions lacking such certificate will be stricken.

   **B. EXPEDITED PLEA DATE in 8 U.S.C. § 1326(a) and passport/entry document cases only: July 21, 2023 before the United States Magistrate Judge.** Defense counsel must notify the Court of the change of plea by July 19, 2023.

3. **RE-ARRAIGNMENT AND FINAL PRETRIAL CONFERENCE: August 9, 2023, 01:30 PM, Courtroom 3C before Magistrate Judge Christopher dos Santos.**
   The parties must engage in timely plea negotiations before the final pretrial conference, and **any plea agreements must be filed no later than the day prior to the conference**. The final pretrial conference date is not the date to secure a plea agreement and review it with the defendant-client. The parties must be ready to enter a plea of guilty or to proceed to trial on announcement.

4. **EXPERT WITNESSES DISCLOSURE DEADLINE AND TRIAL SCHEDULING:**
   Following a trial announcement, the Court will issue a trial scheduling order or set a trial scheduling conference with the parties. The parties shall make expert witness disclosures pursuant to FRCrP Rule 16 by **no later than the deadlines set in the trial scheduling order, or no later than three (3) days prior to a trial scheduling conference**.

5. **JURY SELECTION AND TRIAL**
   A jury selection and trial date will be set by the presiding trial judge.

**FAILURE TO APPEAR AS SCHEDULED MAY RESULT IN BOND FORFEITURE.**

DONE on June 28, 2023, at Laredo, Texas.

Marina Garcia Marmolejo
United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

UNITED STATES OF AMERICA § 
 §
*versus* § Criminal No. 5:23–cr–00801
 §
Jesus Erasmo Arellano–Hernandez § 

## DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant,

affirming that s/he has been charged via indictment or misdemeanor information and has

received a copy thereof, HEREBY pleads not guilty to the charges contained therein,

requests a trial by jury, and waives appearance at the arraignment scheduled in this case for

**July 5, 2023, at 10:15 AM before Magistrate Judge Christopher dos Santos**.

Respectfully submitted on _____.


_____          _____
Printed Name of Defendant                       Signature of Defendant


_____          _____
Printed Name of Attorney                          Signature of Attorney


**NOTE:** To enter a plea of not guilty and waive appearance at arraignment, file this completed waiver with the court under **Waivers**, using event **Waiver of Presence at Arraignment**, no later than *48 hours* prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar, and the case will proceed as laid out in the Scheduling Order.

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## DISTRITO SUR DE TEXAS
## DIVISIÓN LAREDO

| | | |
|---|---|---|
| ESTADOS UNIDOS DE AMÉRICA | § | |
| | § | |
| *versus* | § | Causa Penal Núm. 5:23–cr–00801 |
| | § | |
| Jesus Erasmo Arellano–Hernandez | § | |

## ORDEN DE PROGRAMACIÓN DE FECHAS

1. **AUDIENCIA DE LECTURA FORMAL DE CARGOS: 7/5/2023, 10:15 AM, by video ante el/la Juez de Control Christopher dos Santos.**
   Si el acusado desea renunciar a comparecer en la audiencia de lectura formal de cargos y responder no culpable, su abogado deberá llenar la renuncia adjunta y presentarla ante el tribunal seleccionando el evento de ECF titulado "Renuncia a Comparecencia en la Lectura Formal de Cargos," a más tardar 48 horas antes de la audiencia de lectura formal de cargos. Una vez que la renuncia quede asentada, la audiencia de lectura formal de cargos será cancelada automáticamente y será eliminada del calendario del tribunal.

2. **A. PETICIONES PREVIAS AL JUICIO deberán ser presentadas a más tardar 7/17/2023. Las respuestas a dichas peticiones deberán ser presentadas dentro de un plazo de siete (7) días a partir de la fecha en que se interpuso la petición.**
   Todas las peticiones previas al juicio deberán ser presentadas a más tardar en esta fecha y deberán cumplir con las Reglas Locales del Distrito Sur de Texas. Las peticiones para la obtención de pruebas deberán incluir un certificado que indique que la información deseada fue solicitada a la fiscalía y que dicha solicitud fue denegada. Las peticiones que no incluyan dicho certificado serán rechazadas.

   **B. FECHA ACELERADA DE DECLARACION únicamente en casos del Código 8, Sección 1326(a) y de pasaportes/documentos de entrada: 7/21/2023 ante el/la Juez de Control Diana Song Quiroga.** El abogado de defensa deberá notificar al tribunal del cambio de declaración a más tardar para 7/19/2023.

3. **AUDIENCIA DE DECLARACIÓN DE CULPABILIDAD (*re-arraignment*) Y AUDIENCIA FINAL PREVIA AL JUICIO (*final pre trial conference*): 8/9/2023, 01:30 PM, Courtroom 3C ante el/la Juez de Control Christopher dos Santos.**
   Las partes deberán negociar de manera oportuna antes de la audiencia, y **cualquier convenio para la declaración de culpabilidad deberá ser presentado a más tardar el día antes de la audiencia final previa al juicio.** El día de la audiencia final previa al juicio no es el día apropiado para obtener un convenio para la declaración de culpabilidad ni tampoco para repasarlo con el acusado-cliente. Las partes deberán estar preparadas ya sea para presentar una declaración de culpabilidad o para proceder a juicio al momento de dar el aviso.

4. **FECHA LÍMITE PARA ANUNCIAR PERITOS Y PROGRAMACIÓN DEL JUICIO:**
   Tras un anuncio de que se procederá a juicio, el Juez expedirá una orden con la programación del juicio o citará a una conferencia para la programación del juicio. Las partes deberán comunicar el uso de peritos de acuerdo con la regla 16 del Código Federal de Procedimientos Penales (FRCrP 16) **a más tardar en las fechas citadas en la orden de programación del juicio, o tres (3) días antes de la fecha de la conferencia para la programación del juicio**.

5. **SELECCIÓN DE JURADO Y JUICIO:**
   El juez que presida sobre el caso fijará la fecha para la selección del jurado y del juico.

**EL NO COMPARECER EN LAS FECHAS CITADAS PODRIA CAUSAR LA CANCELACIÓN DE LA FIANZA.**

Ordenado 6/28/2023, en Laredo, Texas.

*POR ORDEN DEL JUEZ.*

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**DISTRITO SUR DE TEXAS**
**DIVISIÓN LAREDO**

| | | |
|---|---|---|
| ESTADOS UNIDOS DE AMÉRICA | § | |
| | § | |
| *versus* | § | Causa Penal Núm. 5:23–cr–00801 |
| | § | |
| Jesus Erasmo Arellano–Hernandez | § | |

## <u>RENUNCIA ESCRITA DEL ACUSADO</u>
## <u>A LA AUDIENCIA DE LECTURA Y CONTESTACIÓN DE CARGOS</u>

En conformidad con el artículo 10(b) del Código Federal de Procedimientos Penales, el suscrito acusado, reconociendo que ha sido acusado por medio de acusación formal o acusación penal de la fiscalía por delito menor, y habiendo recibido copia de la misma, MEDIANTE la presente declara No Culpable a los cargos allí contenidos y solicita un juicio con jurado, y renuncia a comparecer en la audiencia de lectura y contestación de cargos programada en este caso para el día **7/5/2023, 10:15 AM ante el/la Juez de Control Christopher dos Santos**.

[FIRMAS EN EL FORMULARIO EN INGLÉS]

**AVISO:** Para contestar No Culpable y renunciar su comparecencia en la audiencia de lectura y contestación de cargos, anexe esta renuncia, completamente llena, al expediente del tribunal bajo la sección **Waivers (Renuncias)** usando el apartado **Waiver of Presence at Arraignment (Renuncia a Comparecer en la Audiencia de la Lectura y Contestación de Cargos)**, por lo menos *48 horas* antes de dicha audiencia. Una vez que esta renuncia quede debidamente asentada, la audiencia de lectura y contestación de cargos automáticamente quedará cancelada y será removida del calendario del tribunal.